IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KER YANG,

    Petitioner,                                    JUDGMENT IN A CIVIL CASE

    v.                                               Case No. 16-cv-441-wmc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Leon Patterson denying his motion for post conviction relief under 28 U.S.C. § 2255.


| s/V. Olmo, Deputy Clerk | 6/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |