IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KER YANG,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-441-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Ker Yang denying his motion for post conviction relief under 28 U.S.C. § 2255.

    s/V. Olmo, Deputy Clerk                7/30/2018
    Peter Oppeneer, Clerk of Court             Date